(No. 1272—

Tom Adams, Claimant, *vs.* State of Illinois, Respondent.

*Opinion filed January 11, 1928.*

Tom Adams, pro se.

Oscar E. Carlstrom, Attorney General; Frank R. Eagleton, Assistant Attorney General, for respondent.

Mr. Justice Thomas delivered the opinion of the court:

Claimant was engaged in hauling dirt with his team for the State and while so employed one of his horses became so

injured that it had to be killed. It is shown the horse was worth $75.00. The Engineer of Construction and the Attorney General have both recommended the allowance of the claim and he is therefore awarded $75.00 in accordance with their recommendations.